## MARTIN-TRIGONA v. STATE BOARD OF LAW EXAMINERS OF ILLINOIS

No. 1360, Misc.   Decided March 16, 1970

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## UNITED STATES v. OGLE

No. 737.   Decided March 16, 1970

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

PER CURIAM.

The judgment of the United States District Court for the Southern District of Indiana dismissing Count 1 of the indictment under 26 U. S. C. § 4742 (a) is reversed and the case is remanded to that court for trial on that count. *Minor* v. *United States,* 396 U. S. 87. The judgment of the same court dismissing Count 2 of the indictment under 26 U. S. C. § 4744 (a)(1) is affirmed.